IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:16-cv-00767-N

2. Style of case: *Toussaint v. Federal Insurance Co.*

3. Nature of suit: Insurance Claim

4. Method of ADR used:   *Mediation   __ Mini-Trial   __ Summary Jury Trial

5. Date ADR session was held: January 10, 2017

6. Outcome of ADR (*Select one*):

   __Parties did not use my services.   __ Settled, in part, as a result of ADR.

   *Settled as a result of ADR.   __Parties were unable to reach settlement.

   __Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $3,600.00

8. Duration of ADR: full-day

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   Will Pryor, Mediator                Thomas Spitalleto, Defendant Counsel
   David White, Plaintiff Counsel      Sandy Berger, Defendant representative
   John Atkins, Plaintiff Counsel
   Richard Roper, Plaintiff Counsel
   Richard Toussaint, Plaintiff

10. Provider information:

    _____/s/ Will Pryor_____                    January 11, 2017
    Signature                                       Date

    Will Pryor
    5420 LBJ Freeway, Suite 626
    Dallas, TX 75240                                469 374 0222
                                                    Telephone

Please provide the names, addresses, and telephone numbers of counsel:

Thomas Spitaletto

Wilson Elser

901 Main Street, Suite 4800

Dallas, TX  75202

214 698 8000


David White

Thompson & Knight

One Arts Plaza

1722 Routh Street, Suite 1500

Dallas, TX 75201

214.969.1700