THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD FERDINAND TOUSSAINT, JR.<br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>    Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:16-cv-00767-N |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Richard Ferdinand Toussaint, Jr. and Defendant Federal Insurance Company jointly file this Stipulation of Dismissal, and voluntarily dismiss all claims and causes of action that were or could have been asserted herein with prejudice, each party to bear its own fees and costs.

Dated: February 17, 2017

JOINT STIPULATION OF DISMISSAL – PAGE 1

| **THOMPSON & KNIGHT LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
|---|---|
| /s/ David S. White <br> David S. White <br> Texas Bar No. 21295000 <br> david.white@tklaw.com <br> John P. Atkins <br> Texas Bar No. 24097326 <br> john.atkins@tklaw.com <br><br> 1722 Routh Street, Suite 1500 <br> Dallas, Texas 75201 <br> (214) 969-1700 <br><br> **ATTORNEYS FOR PLAINTIFF** | /s/ Thomas M. Spitaletto <br> R. Douglas Noah, Jr. <br> Texas State Bar No. 15047500 <br> Doug.Noah@wilsonelser.com <br> Thomas M. Spitaletto <br> Texas State Bar No. 00794679 <br> Thomas.Spitaletto@wilsonelser.com <br> Bank of America Plaza <br><br> 901 Main Street, Suite 4800 <br> Dallas, Texas 75202 <br> (214) 698-8000 (Telephone) <br> (214) 698-1101 (Facsimile) <br><br> **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                            /s/ David S. White <br>
                                                             David S. White